UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20218-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JORGE CABRERA,

_____/

## ORDER ON REMAND AND SETTING HEARING

This matter came before the Court on Remand from the 11th Circuit of the restitution award to Medicare.  Therefore, it is

ORDERED that on or before **Noon on September 12, 2008**, the parties shall submit to the Court a brief setting forth the best manner in which to address the mandate.  It is further

ORDERED that a hearing to discuss the parties' submissions is set for **September 17, 2008, at 8:30 a.m.**, at which time a hearing on the mandate will also be set.

DONE AND ORDERED in Miami, Florida, this ___4___ day of September, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel of Record